# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| LONNIE CLEMONS, | § | |
| #31113-509 | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-CV-1411-S-BT |
| | § | |
| BUREAU OF PRISONS | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. By separate judgment, Petitioner's case will be **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

SIGNED July 9, 2025.

**UNITED STATES DISTRICT JUDGE**